IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 13-cr-00006-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE ROBERTO GOMEZ,
    a/k/a Jose Antonio Celaya,
    a/k/a Roberto Antonio Granados,

    Defendant.

## MINUTE ORDER[1]

On April 10, 2013, the court conducted a telephonic setting conference to reset the sentencing hearing for this defendant. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **June 12, 2013**, commencing at 9:00 a.m., the court shall conduct the sentencing hearing in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: April 10, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.